# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George A. Sheriff Jr.<br>Robin C. Sheriff<br>               Debtor(s) | BK NO. 15-02358 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Carrington Mortgage Services as Servicer for Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A and index same on the master mailing list.

                                             Respectfully submitted,

                                             **/s/James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             412-430-3594