```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02358-RNO
George A. Sheriff, Jr.                                          Chapter 13
Robin C. Sheriff
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini            Page 1 of 1            Date Rcvd: Oct 12, 2017
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
4700032        +VOLT PARTICIPATION TRUST 2011-NPL2,    CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
                OKLAHOMA CITY, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              John Matthew Hyams    on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 George A. Sheriff, Jr. jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Joseph Angelo Dessoye    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2
               thomas.song@phelanhallinan.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02358-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

George A. Sheriff, Jr.  
5 Sunset Drive  
Mechanicsburg PA 17050

Robin C. Sheriff  
5 Sunset Drive  
Mechanicsburg PA 17050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: VOLT PARTICIPATION TRUST 2011-NPL2, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134

Name and Address of Transferee:

CARRINGTON MORTGAGE SERVICES, LLC  
P.O. Box 3730 , Anaheim, CA 92806  
CARRINGTON MORTGAGE SERVICES, LLC  
P.O. Box 3730 , Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/14/17

Terrence S. Miller  
**CLERK OF THE COURT**