```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                      Case No. 15-02358-RNO
George A. Sheriff, Jr.                                      Chapter 13
Robin C. Sheriff
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 1            Date Rcvd: Jun 19, 2018
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
4979108        +CARRINGTON MORTGAGE SERVICES, LLC,    P.O. Box 3730 , Anaheim, CA 92806,
                CARRINGTON MORTGAGE SERVICES, LLC,    P.O. Box 3730 , Anaheim, CA 92803-3730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   VOLT PARTICIPATION TRUST 2011-NPL2
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              John Matthew Hyams    on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 George A. Sheriff, Jr. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph Angelo Dessoye    on behalf of Creditor   VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              Thomas  Song    on behalf of Creditor   VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02358-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| George A. Sheriff, Jr.<br>5 Sunset Drive<br>Mechanicsburg PA 17050 | Robin C. Sheriff<br>5 Sunset Drive<br>Mechanicsburg PA 17050 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: CARRINGTON MORTGAGE SERVICES, LLC, P.O. Box 3730 , Anaheim, CA 92806, CARRINGTON MORTGAGE SERVICES, LLC, P.O. Box 3730 , Anaheim, CA 92806 | U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038<br>U.S. Bank Trust National Association<br>c/o BSI Financial Services |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/21/18

Terrence S. Miller
**CLERK OF THE COURT**