```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02358-HWV
George A. Sheriff, Jr.                                          Chapter 13
Robin C. Sheriff
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 22, 2020
                              Form ID: nthrgreq        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb         +George A. Sheriff, Jr.,   Robin C. Sheriff,   5 Sunset Drive,   Mechanicsburg, PA 17050-1652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2
               bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
               Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              John Matthew Hyams    on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              John Matthew Hyams    on behalf of Debtor 1 George A. Sheriff, Jr. jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              Joseph Angelo Dessoye    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              Thomas    Song    on behalf of Creditor     VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George A. Sheriff, Jr.

**Debtor 1**

Robin C. Sheriff

**Debtor 2**

Chapter: 13

Case number: 1:15−bk−02358−HWV

Document Number: 55

Matter: Motion to Reconsider Order

George A. Sheriff, Jr.
Robin C. Sheriff
**Movant(s)**

vs.

Santander Consumer USA Inc.
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 2, 2015.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 2/25/20** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: JoanGoodling, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 22, 2020

nthrgreq(02/19)