```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02358-HWV
George A. Sheriff, Jr.                                          Chapter 13
Robin C. Sheriff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: May 18, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
        +Rydbom Express Inc,   Attn: Payroll Dept,   2000 Vine Street,   Middletown PA 17057-3093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James  Warmbrodt     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2
             bkgroup@kmllawgroup.com
            James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
             Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
            Jerome B Blank    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
            John Matthew Hyams     on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com,
             acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
            John Matthew Hyams     on behalf of Debtor 1 George A. Sheriff, Jr. jmh@johnhyamslaw.com,
             acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
            Joseph Angelo Dessoye     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
            Michelle  Ghidotti     on behalf of Creditor    U.S. Bank Trust national Association, as Trustee of
             the Igloo Series III Trust bknotifications@ghidottiberger.com
            Thomas  Song    on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
            William E. Craig     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
             ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1:15-bk-02358-HWV
George A. Sheriff, Jr. :
Robin C. Sheriff :
: CHAPTER 13
Debtor(s) :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtors, George A. Sheriff, Jr. and Robin C. Sheriff, to Terminate the Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** that Rydbom Express, Inc., Attn: Payroll Dept, 2000 Vine Street, Middletown, PA 17057, the employer of the Debtor(s), is hereby directed to discontinue deduction of $872.80 from George A. Sheriff, Jr.'s bi-weekly salary, commencing immediately.

Dated: May 18, 2020         By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)