Certificate Number: 00301-PAM-DE-034616393

Bankruptcy Case Number: 15-02358



00301-PAM-DE-034616393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 2:10 o'clock PM EDT, ROBIN C SHERIFF completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 30, 2020

By: /s/Sonia Cortez

Name: Sonia Cortez

Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-034616394

Bankruptcy Case Number: 15-02358



00301-PAM-DE-034616394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 2:10 o'clock PM EDT, GEORGE A SHERIFF JR completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   June 30, 2020                By:    /s/Sonia Cortez

                                     Name:  Sonia Cortez

                                     Title: Certified Bankruptcy Counselor