## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| GEORGE A. SHERIFF, JR. | Case No.: 1-15-02358-HWV |
| ROBIN C. SHERIFF | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BSI FINANCIAL |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 3109/PRE ARREARS/5 SUNSET DR |
| Property Address if applicable: | 5 SUNSET DRIVE, , MECHANICSBURG, PA17050 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $31,866.85 |
| b. | Prepetition arrearages paid by the Trustee: | $31,866.85 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $31,866.85 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,181.98
Next postpetition payment due: AUGUST, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 24, 2020   Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: BSI FINANCIAL
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1149474 | 06/14/2016 | $215.20 | $0.00 | $215.20 |
| 5200 | 1151193 | 07/07/2016 | $611.18 | $0.00 | $611.18 |
| 5200 | 1152552 | 08/04/2016 | $632.13 | $0.00 | $632.13 |
| 5200 | 1154087 | 09/01/2016 | $632.13 | $0.00 | $632.13 |
| 5200 | 1155687 | 10/05/2016 | $604.20 | $0.00 | $604.20 |
| 5200 | 1157313 | 11/02/2016 | $604.20 | $0.00 | $604.20 |
| 5200 | 1158910 | 12/06/2016 | $604.20 | $0.00 | $604.20 |
| 5200 | 1160498 | 01/12/2017 | $604.20 | $0.00 | $604.20 |
| 5200 | 1162063 | 02/08/2017 | $604.20 | $0.00 | $604.20 |
| 5200 | 1163569 | 03/09/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1165136 | 04/12/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1160498 | 04/27/2017 | $-604.20 | $0.00 | $-604.20 |
| 5200 | 1166761 | 05/11/2017 | $1,207.08 | $0.00 | $1207.08 |
| 5200 | 1168279 | 06/13/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1169828 | 07/06/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1171203 | 08/10/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1172747 | 09/19/2017 | $602.88 | $0.00 | $602.88 |
| 5200 | 1174193 | 10/11/2017 | $595.71 | $0.00 | $595.71 |
| 5200 | 1175469 | 11/08/2017 | $595.71 | $0.00 | $595.71 |
| 5200 | 1176863 | 12/05/2017 | $595.71 | $0.00 | $595.71 |
| 5200 | 1178247 | 01/11/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1179668 | 02/08/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1181028 | 03/08/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1182379 | 04/03/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1185422 | 05/15/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1186885 | 06/07/2018 | $595.71 | $0.00 | $595.71 |
| 5200 | 1188098 | 07/12/2018 | $4,623.27 | $0.00 | $4623.27 |
| 5200 | 1189536 | 08/09/2018 | $553.41 | $0.00 | $553.41 |
| 5200 | 1190862 | 09/06/2018 | $553.41 | $0.00 | $553.41 |
| 5200 | 1192160 | 10/10/2018 | $553.41 | $0.00 | $553.41 |
| 5200 | 1193545 | 11/08/2018 | $546.43 | $0.00 | $546.43 |
| 5200 | 1194897 | 12/13/2018 | $1,359.01 | $0.00 | $1359.01 |
| 5200 | 1196348 | 01/10/2019 | $546.43 | $0.00 | $546.43 |
| 5200 | 1197610 | 02/07/2019 | $546.43 | $0.00 | $546.43 |
| 5200 | 1208293 | 10/10/2019 | $253.86 | $0.00 | $253.86 |
| 5200 | 1209266 | 11/07/2019 | $612.66 | $0.00 | $612.66 |
| 5200 | 1210550 | 12/12/2019 | $554.18 | $0.00 | $554.18 |
| 5200 | 1211949 | 01/16/2020 | $669.78 | $0.00 | $669.78 |
| 5200 | 1213308 | 02/13/2020 | $563.20 | $0.00 | $563.20 |
| 5200 | 1214620 | 03/12/2020 | $612.66 | $0.00 | $612.66 |
| 5200 | 1215935 | 04/14/2020 | $554.18 | $0.00 | $554.18 |
| 5200 | 1217128 | 05/06/2020 | $642.34 | $0.00 | $642.34 |
| 5200 | 1218065 | 06/02/2020 | $555.06 | $0.00 | $555.06 |
| 5200 | 1219056 | 07/07/2020 | $1,515.55 | $0.00 | $1515.55 |
| 5200 | 1220128 | 08/12/2020 | $1,314.04 | $0.00 | $1314.04 |
| 5200 | 1221164 | 09/17/2020 | $44.35 | $0.00 | $44.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GEORGE A. SHERIFF, JR.  Case No.: 1-15-02358-HWV
ROBIN C. SHERIFF  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN M HYAMS ESQUIRE<br>2023 N 2ND STREET, SUITE 203<br>HARRISBURG PA, 17102- | SERVED ELECTRONICALLY |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE, SUITE 400<br>IRVING, TX, 75038 | SERVED BY 1ST CLASS MAIL |
| GEORGE A. SHERIFF, JR.<br>ROBIN C. SHERIFF<br>5 SUNSET DRIVE<br>MECHANICSBURG, PA 17050 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 24, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com