```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 15-02358-HWV
George A. Sheriff, Jr.                                              Chapter 13
Robin C. Sheriff
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 2          Date Rcvd: Sep 22, 2020
                              Form ID: pdf010             Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.

```
db/jdb       +George A. Sheriff, Jr.,   Robin C. Sheriff,   5 Sunset Drive,   Mechanicsburg, PA 17050-1652
4654171      +Anne K. Fiorenza, Esq, Assistant U.S. Tr,   228 Walnut Street, Room 1190,
               Harrisburg, Pennsylvania 17101-1722
4688855       Apex Asset Management LLC,   PO Box 5407,   Lancaster, PA 17606-5407
4654172       Apex Asset Management, LLC,   2501 Oregon Pike, Suite 102,   Lancaster, Pennsylvania 17601-4890
4654173      +Bureau of Account Management,   3607 Rosemont Avenue,   Suite 502,   Camp Hill, PA 17011-6943
4654175     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court:  Caine Weiner,   21210 Erwin Street,   Woodland Hills, CA 91367)
4654176      +CALIBER,   715 S METROPOLITAN,   OKLAHOMA CITY, OK 73108-2088
4979107       CARRINGTON MORTGAGE SERVICES, LLC,   P.O. Box 3730 , Anaheim, CA 92806
4654177       Camp Hill Emergency Physicians,   PO Box 13693,   Philadelphia, PA 19101-3693
4654178      +Commonwealth Financial,   245 Main Street,   Scranton, Pennsylvania 18519-1641
4654179       Exceptional Medical Transportation,   5179 Rt. 9,   Howell, NJ 07731-3751
4654180      +Geisinger Clinic,   100 North Academy Avenue,   Danville, PA 17822-0001
4660869       Geisinger Health System,   100 North Academy Ave,   Danville, PA 17822-4938
4654181      +I C System,   PO Box 64378,   Saint Paul, Minnesota 55164-0378
4654183      +KML Law Group, P.C.,   BNY Mellon Independence Center-Suite 500,   701 Market Street,
               Philadelphia, Pennsylvania 19106-1538
4654184       Laurie L. Pickle, Esquire,   12 West Market Street,   Danville, PA 17821
4654185      +National Recovery,   4201 Crums Mill Rd,   Harrisburg, Pennsylvania 17112-2893
4654186      +Office of Attorney General,   Financial Enforcement Section, Strawberr,
               Harrisburg, Pennsylvania 17120-0001
4654189       Phoenix Financial Services, LLC,   PO Box 26580,   Indianapolis, IN 46226-0580
4654190      +Rickert Collection Systems, Inc.,   PO Box 7242,   North Brunswick, NJ 08902-7242
5287825      +Santander Consumer USA Inc. dba Chrysler Capital,   P.O. Box 961245,
               Fort Worth, TX 76161-0244
4654191      +State Collections,   PO Box 6250,   Madison, Wisconsin 53716-0250
4654192       Stephen R. Philpitt, Esquire,   15 East Railroad Avenue, Suite B,   Jamesburg, NJ 08831-1465
5074585      +U.S. Bank Trust National Association,   c/o BSI Financial Services,
               1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
5074586      +U.S. Bank Trust National Association,   c/o BSI Financial Services,
               1425 Greenway Drive, Ste 400,   Irving, TX 75038,   U.S. Bank Trust National Association,
               c/o BSI Financial Services 75038-2480
4654193      +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
               Washington, District of Columbia 20044-0227
4654194       United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4654195       Universal Community Behavorial Health,   132 Meadows Drive,   Centre Hall, PA 16828
4700032      +VOLT PARTICIPATION TRUST 2011-NPL2,   CALIBER HOME LOANS, INC.,   13801 WIRELESS WAY,
               OKLAHOMA CITY, OK 73134-2500
4654196      +Volt Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4979108      +E-mail/Text: BKBCNMAIL@carringtonms.com Sep 22 2020 19:15:26
               CARRINGTON MORTGAGE SERVICES, LLC,   P.O. Box 3730 , Anaheim, CA 92806,
               CARRINGTON MORTGAGE SERVICES, LLC,   P.O. Box 3730 , Anaheim, CA 92803-3730
4654174       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 22 2020 19:15:27    Bureau of Employer Tax Oper,
               PO Box 68568,   Harrisburg, Pennsylvania 17106
4654182       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 22 2020 19:15:31    Internal Revenue Service,
               PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4654187      +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 22 2020 19:15:36    Office of the U.S. Trustee,
               228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
4654188       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2020 19:15:34    PA Department of Revenue,
               Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4654191      +E-mail/Text: amieg@stcol.com Sep 22 2020 19:15:30    State Collections,   PO Box 6250,
               Madison, Wisconsin 53716-0250
                                                                                            TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Santander Consumer USA Inc. dba Chrysler Capital,   P.O. Box 961245,
               Fort Worth, TX 76161-0244
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt     on  behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for
           Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com
          James  Warmbrodt     on  behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2
           bkgroup@kmllawgroup.com
          Jerome B Blank     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
          John Matthew Hyams     on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          John Matthew Hyams     on behalf of Debtor 1 George A. Sheriff, Jr. jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          Joseph Angelo Dessoye     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
          Michelle  Ghidotti     on behalf of Creditor    U.S. Bank Trust national Association, as Trustee of
           the Igloo Series III Trust bknotifications@ghidottiberger.com
          Thomas  Song     on behalf of Creditor    VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                       TOTAL: 11
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| George A. Sheriff, Jr | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:15-bk-02358-HWV |
| Robin C. Sheriff | Debtor 2 | | |
| | | Document No.: | 68 |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Discharge of Debtors entered on September 18, 2020, is being vacated by this Order.

Dated:  September 22, 2020          By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MK)

Order Vacating - Revised 04/18