In re:  
George A. Sheriff, Jr.  
Robin C. Sheriff  
    Debtor(s)

Case No. 15-02358-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 28, 2020      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George A. Sheriff, Jr., Robin C. Sheriff, 5 Sunset Drive, Mechanicsburg, PA 17050-1652 |
| 4654171 | + | Anne K. Fiorenza, Esq, Assistant U.S. Tr, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4688855 | | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 4654172 | | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, Pennsylvania 17601-4890 |
| 4654173 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 4654175 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 4654176 | + | CALIBER, 715 S METROPOLITAN, OKLAHOMA CITY, OK 73108-2088 |
| 4979107 | | CARRINGTON MORTGAGE SERVICES, LLC, P.O. Box 3730 , Anaheim, CA 92806 |
| 4654177 | | Camp Hill Emergency Physicians, PO Box 13693, Philadelphia, PA 19101-3693 |
| 4654178 | + | Commonwealth Financial, 245 Main Street, Scranton, Pennsylvania 18519-1641 |
| 4654179 | | Exceptional Medical Transportation, 5179 Rt. 9, Howell, NJ 07731-3751 |
| 4654180 | + | Geisinger Clinic, 100 North Academy Avenue, Danville, PA 17822-0001 |
| 4660869 | | Geisinger Health System, 100 North Academy Ave, Danville, PA 17822-4938 |
| 4654183 | + | KML Law Group, P.C., BNY Mellon Independence Center-Suite 500, 701 Market Street, Philadelphia, Pennsylvania 19106-1538 |
| 4654184 | | Laurie L. Pickle, Esquire, 12 West Market Street, Danville, PA 17821 |
| 4654185 | + | National Recovery, 4201 Crums Mill Rd, Harrisburg, Pennsylvania 17112-2893 |
| 4654186 | + | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120-0001 |
| 4654189 | | Phoenix Financial Services, LLC, PO Box 26580, Indianapolis, IN 46226-0580 |
| 4654190 | + | Rickert Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 5287825 | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 4654191 | + | State Collections, PO Box 6250, Madison, Wisconsin 53716-0250 |
| 4654192 | | Stephen R. Philpitt, Esquire, 15 East Railroad Avenue, Suite B, Jamesburg, NJ 08831-1465 |
| 5074585 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 5074586 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association c/o BSI Financial Services 75038-2480 |
| 4654193 | + | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044-0227 |
| 4654194 | | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |
| 4654195 | | Universal Community Behavorial Health, 132 Meadows Drive, Centre Hall, PA 16828 |
| 4700032 | + | VOLT PARTICIPATION TRUST 2011-NPL2, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 4654196 | + | Volt Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4979108 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2020 19:15:00 | CARRINGTON MORTGAGE SERVICES, LLC, P.O. Box 3730 , Anaheim, CA 92806, CARRINGTON MORTGAGE SERVICES, LLC, P.O. Box 3730 , Anaheim, CA 92803-3730 |
| 4654174 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 28 2020 19:15:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 4654181 | + | EDI: IIC9.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Sep 28 2020 23:13:00 | I C System, PO Box 64378, Saint Paul, Minnesota 55164-0378 |
| 4654182 | | EDI: IRS.COM | Sep 28 2020 23:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 4654187 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Sep 28 2020 19:16:00 | Office of the U.S. Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4654188 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2020 19:16:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4654191 | + | Email/Text: amieg@stcol.com | Sep 28 2020 19:15:00 | State Collections, PO Box 6250, Madison, Wisconsin 53716-0250 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| jdb | *+ | Robin C. Sheriff, 5 Sunset Drive, Mechanicsburg, PA 17050-1652 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 George A. Sheriff Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |

Joseph Angelo Dessoye
    on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com

Michelle Ghidotti
    on behalf of Creditor U.S. Bank Trust national Association as Trustee of the Igloo Series III Trust bknotifications@ghidottiberger.com

Thomas Song
    on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | George A. Sheriff, Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3538<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robin C. Sheriff<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8986<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–02358–HWV | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George A. Sheriff, Jr.         Robin C. Sheriff

9/28/20                        **By the court:** Henry W. Van Eck
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**