United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 15-02358-HWV
George A. Sheriff, Jr.     Chapter 13
Robin C. Sheriff
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 19, 2020     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + George A. Sheriff, Jr., Robin C. Sheriff, 5 Sunset Drive, Mechanicsburg, PA 17050-1652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust A bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com |
| John Matthew Hyams | on behalf of Debtor 2 Robin C. Sheriff jmh@johnhyamslaw.com acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |

John Matthew Hyams
    on behalf of Debtor 1 George A. Sheriff Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Joseph Angelo Dessoye
    on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com

Michelle Ghidotti
    on behalf of Creditor U.S. Bank Trust national Association as Trustee of the Igloo Series III Trust bknotifications@ghidottiberger.com

Thomas Song
    on behalf of Creditor VOLT PARTICIPATION TRUST 2011-NPL2 pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| George A. Sheriff, Jr., **Debtor 1** | Chapter 13 |
| Robin C. Sheriff, **Debtor 2** | Case No. 1:15−bk−02358−HWV |

Social Security No.:
xxx−xx−3538   xxx−xx−8986

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 19, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)